IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**WILLIAM KEITH WININGEAR, et al,**

    **Plaintiffs,**

**v.**                                         **Civil Action No. 2:12cv560**

**CITY OF NORFOLK, VIRGINIA,**

    **Defendant.**

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADINGS

The Plaintiffs, by counsel, hereby move for an enlargement of time within which to file a response to Defendant's Motion to Dismiss [Doc. No. 14]. Counsel for the Plaintiffs has consulted with counsel for the Defendant and has obtained Defendant's agreement to this request. A Consent Order is in circulation.

The Plaintiffs' response is due on March 22, 2013, and an extension of time until April 4, 2013, is being requested and has been agreed to by Defendant.

WHEREFORE, the Plaintiffs hereby request an enlargement of time until April 4, 2013 within which to file their response to Defendant's Motion to Dismiss.

                                                   Respectfully requested,

                                                   **WILLIAM KEITH WININGEAR, et al**

                                       By:                 */s/*                
                                                              Of Counsel

James H. Shoemaker, Jr., VSB No. 33148
Jason E. Messersmith, VSB No. 77075
Patricia A. Melochick, VSB No. 80694
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 223-4518
Jshoemaker@pwhd.com
jmessersmith@pwhd.com
pmelochick@pwhd.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 18th day of March, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Fox, VSB No. 68154
Office of the City Attorney
810 Union Street, Room 900
Norfolk, Virginia 23510
Telephone: (757) 664-4529
Facsimile:  (757) 664-4201
Andrew.fox@norfolk.gov

                                      */s/*
                                      James H. Shoemaker, Jr., VSB No. 33148
                                      Jason E. Messersmith, VSB No. 77075
                                      Patricia A. Melochick, VSB No. 80694
                                      Patten, Wornom, Hatten & Diamonstein, L.C.
                                      12350 Jefferson Avenue, Suite 300
                                      Newport News, Virginia 23602
                                      Telephone: (757) 223-4580
                                      Facsimile: (757) 223-4518
                                      Jshoemaker@pwhd.com
                                      jmessersmith@pwhd.com
                                      pmelochick@pwhd.com