## Jamie Shoemaker

| | |
|---|---|
| **From:** | Brady, Michael H. <MBrady@oag.state.va.us> |
| **Sent:** | Friday, March 08, 2013 3:56 PM |
| **Cc:** | Patricia A. Melochick; Jason Messersmith; rserpe@serpefirm.com; cdowd@serpefirm.com; Jamie Shoemaker |
| **Subject:** | Winingear, et al. v. City of Norfolk, No. 2:12-cv-560 |

Counsel for Plaintiffs,

Should your case proceed to motions, Virginia's Office of the Attorney General intends to providing amicus support regarding the rights of law enforcement officers to overtime compensation under Virginia law, as we did in *Rogers v. City of Richmond*, No. 3:11-cv-00620. Please keep our Office advised of any such developments.

Best Regards,

Mike Brady

**Assistant Solicitor General**
**Office of the Attorney General**
**900 East Main Street**
**Richmond, Virginia 23219**
**(804) 786-3518**
**mbrady@oag.state.va.us**

CONFIDENTIALITY NOTICE: The information in this e-mail may be confidential/privileged; it is intended to be reviewed only by the individual/organization named above. If you are not the intended recipient, please be advised that any review, reproduction, or dissemination of this e-mail (including attachments) is prohibited. If you have received this e-mail in error, please notify the sender and delete it immediately.

**EXHIBIT 5**