IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**WILLIAM KEITH WININGEAR, et al,**

    Plaintiffs,

v.    Civil Action No. 2:12cv560

**CITY OF NORFOLK, VIRGINIA,**

    Defendant.

### ORDER

The Plaintiffs having moved for conditional certification of their Fair Labor Standards Act ("FLSA") claims under 29 U.S.C. §216(b) and for Rule 23 class certification under claims arising from Va. Code §9.1-700, et seq., and having considered the arguments and submissions of counsel, it is hereby ORDERED as follows:

1. This action is hereby certified conditionally as a collective action under the FLSA, 29 U.S.C. §216(b), with respect to all claims asserted under Count I of Plaintiffs' Complaint, for all FLSA non-exempt and/or hourly law enforcement officers employed by the City of Norfolk between October 10, 2009 and the present date who were improperly denied overtime compensation under the FLSA.

2. The Notice attached to Plaintiffs' Memorandum in Support of Motion for Conditional Collective Action Certification Pursuant to 29 U.S.C. §216(b) and Plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P. 23 (the "Memorandum") as Exhibit 6 shall be issued to all Norfolk law enforcement officers who were non-exempt under the FLSA, and/or paid by the hour, and performed any work for the City between October 10, 2009 and the present date. Said officers shall be fully identified to counsel for Plaintiffs, to include all available contact information, within 14 days of the date of this Order.

**EXHIBIT 7**

3. A class is hereby certified pursuant to Fed. R. Civ. P. 23 of:

All City of Norfolk law enforcement officers who performed any work for the City between October 10, 2009, and the present date, who were non-exempt under the FLSA and/or paid by the hour and who were improperly denied overtime compensation under Va. Code §9.1-700, et seq.

4. The class claims for the Fed. R. Civ. P. 23 class certified in the immediate preceding sub-paragraph shall include those claims asserted under Count II of Plaintiffs' Complaint, originally filed on behalf of all Plaintiffs and officers similarly situated, and which arise under Va. Code §9.1-700, et seq.

5. The law firms of Patten, Wornom, Hatten & Diamonstein, L.C. and Richard J. Serpe, P.C., and individual counsel James H. Shoemaker, Jr., Richard J. Serpe, Cindra P. Dowd, Jason E. Messersmith and Patricia A. Melochick are appointed as class counsel for the classes and collective actions certified herein.

It is so ORDERED.

ENTER: _____  _____
United States District Judge

WE ASK FOR THIS:

**WILLIAM KEITH WININGEAR, et al**

By: _____
James H. Shoemaker, Jr., VSB No. 33148
Jason E. Messersmith, VSB No. 77075
Patricia A. Melochick, VSB No. 80694
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 223-4518
Jshoemaker@pwhd.com
jmessersmith@pwhd.com
pmelochick@pwhd.com

Richard J. Serpe, VSB No. 33340
Cindra Dowd, VSB No. 33819
Law Offices of Richard J. Serpe, P.C.
Crown Center, Suite 310
580 East Main Street
Norfolk, Virginia 23510-2322
Telephone: (757) 233-0009
Facsimile: (757) 233-0455
rserpe@serpefirm.com
cdowd@serpefirm.com


SEEN:

**CITY OF NORFOLK, VIRGINIA**


By: _____
Andrew Fox, VSB No. 68154
Office of the City Attorney
810 Union Street, Room 900
Norfolk, Virginia 23510
Telephone: (757) 664-4529
Facsimile: (757) 664-4201
Andrew.fox@norfolk.gov