## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Daniel Andrew Lautenbacher__ hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk*, Civil Action No. *2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __02/02/2014__

Signature

__Daniel A. Lautenbacher__
Print Name

__5300 Warminster Dr. Unit #306__
__Virginia Beach, VA 23455__
__757-759-7260__
Address and phone number

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __ANGEL D REYES__, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk*, Civil Action No. *2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __2-1-14__

__Angel D. Reyes__
Signature

__ANGEL D. REYES__
Print Name

__3449 PASTURE LN.__
__VIRGINIA BEACH, VA.__
__(757)646-9145      23453__
Address and phone number

## CONSENT TO BECOME A PARTY PLAINTIFF

I, _Randal H Paschal_, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk*, Civil Action No. 2:12cv560 which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: 2/2/14

Signature: _Randal H Paschal_

Print Name: _Randal H Paschal_

Address and phone number:
1307 Ivywood Road
Virginia Beach VA 23453
757 286 4118

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Stephen H. Bailey__, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk*, Civil Action No. *2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __2/1/14__

__S.H.D. Bailey__
Signature

__Stephen H Bailey__
Print Name

__930 Prince William CT__
__Virginia Beach VA 23452__
__757 438-0265__
Address and phone number

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Ternarian A. Warren__, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk, Civil Action No. 2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __2-1-2014__

Signature: __[signature]__

Print Name: __Ternarian A. Warren__

Address and phone number: __4612 McNutt Ct__
__Norfolk, VA 23513__

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Anthony Gutierrez__, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk, Civil Action No. 2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __2/3/14__

_____
Signature

__Anthony Gutierrez__
Print Name

__3921 Hillridge Ct.__
__Virginia Beach Va 23452__
__757 575 6607__
Address and phone number

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Matthew Jordan, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk, Civil Action No. 2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: 2/2/2014

_____
Signature

Matthew Jordan
Print Name

3100 Holly Ridge Dr.
Chesapeake, VA  23323
(619) 972-0006
Address and phone number

### CONSENT TO BECOME A PARTY PLAINTIFF

I, __Wayne P. Ricci__, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk*, Civil Action No. *2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __2-3-2014__

Signature: __Wayne G R__

Print Name: __Wayne P. Ricci__

Address and phone number: __629 Bottino Lane, VA-Beach, VA 23455   757-870-4798__

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Jason A. Gauthier__, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk*, Civil Action No. *2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __2-3-14__

_____
Signature

__Jason A. Gauthier__
Print Name

__808 Saint Kitts Way__
__Chesapeake, VA 23322__
__757-739-7759__
Address and phone number

## CONSENT TO BECOME A PARTY PLAINTIFF

I, __Anthony Neil Sellers__, hereby consent to become a party plaintiff in that action styled *William Keith Winingear, et al v. City of Norfolk*, Civil Action No. *2:12cv560* which shall be litigated in the United States District Court for the Eastern District of Virginia. This action seeks full payment of the overtime compensation which has been denied to me and to others. I declare under penalty of perjury that, to the best of my knowledge and belief, I have worked hours for the City of Norfolk without being fully compensated in accordance with applicable law.

I understand that I am represented in this action by the Law Offices of Richard J. Serpe, P.C. and Patten, Wornom, Hatten, & Diamonstein, L.C. and request that all communications concerning this action be directed to them.

Date: __02/03/2014__

__Anthony Neil Sellers__
Signature

__Anthony Neil Sellers__
Print Name

__704 Rustic Court__
__Virginia Beach, VA 23455__
__(757) 771-7606__
Address and phone number