IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**WILLIAM KEITH WININGEAR, et al,**

    Plaintiffs,

v.                                                                          Civil Action No. 2:12cv560

**CITY OF NORFOLK, VIRGINIA,**

    Defendant.

### NOTICE OF CLASS AND COLLECTIVE ACTION SETTLEMENTS AND FINAL APPROVAL HEARING

Notice is hereby given to you that a proposed settlement has been presented to the Court in the captioned matter and has received preliminary approval. You are a party to this case and the proposed settlement affects your rights. A copy of the proposed settlement agreement is attached hereto as Exhibit A. A final approval hearing shall be conducted on _____ at _____. The hearing shall be conducted before Judge Henry Coke Morgan at the U.S. District Court for the Eastern District of Virginia, 600 Granby Street, Norfolk, Virginia 23510. If you have any objection to the proposed settlement, you may appear and present your objections to the Court at that time.

If you have any questions or would like further information, you may contact Plaintiffs' attorney, James H. Shoemaker, Jr., at 757-223-4560. **DO NOT CALL THE CLERK OF COURT.**

James H. Shoemaker, Jr.
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4560

I-1256830.1