IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC 30 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

WILLIAM KEITH WININGEAR, ET AL

        **Plaintiff,**

v.                                Civil Action No. 2:12cv560

CITY OF NORFOLK, VIRGINIA,

        **Defendant.**

## ORDER

This matter is before the Court on Plaintiffs' November 25 Status Report, Doc. 138. On July 8, 2014, the Court held a settlement hearing in this hybrid FLSA collective action/Rule 23 class action. Doc. 136. The Court approved the settlement, and entered a written Opinion and Order on July 14, 2014 dismissing the case with prejudice and retaining jurisdiction to enforce the settlement. Doc. 137. As part of the settlement agreement, a $10,000 reserve fund was established to address "data errors … or unanticipated costs[.]" Id. at 8. The Court ordered the parties to submit a report concerning the disbursement of the reserve fund within 134 days of the Court's July 14 Opinion and Order. Id. at 12. The Status Report addresses these disbursements.

A total of $13,658.59 was paid out of the reserve fund to six police officers. Doc. 138 at 1. Two of the errors related to confusion between a father and son's records, two were transcription or mathematical errors, and two were time errors made by officers deemed by counsel to be credible. Although only $10,000 was set aside as a reserve, the excess funds were paid from Plaintiffs' counsel's fee share. Id. As these disbursements were consistent with the settlement agreement and the Court's July 14 Opinion, the Court **APPROVES** the disbursement.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC 30 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

WILLIAM KEITH WININGEAR, ET AL

    **Plaintiff,**

v.        Civil Action No. 2:12cv560

CITY OF NORFOLK, VIRGINIA,

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiffs' November 25 Status Report, Doc. 138. On July 8, 2014, the Court held a settlement hearing in this hybrid FLSA collective action/Rule 23 class action. Doc. 136. The Court approved the settlement, and entered a written Opinion and Order on July 14, 2014 dismissing the case with prejudice and retaining jurisdiction to enforce the settlement. Doc. 137. As part of the settlement agreement, a $10,000 reserve fund was established to address "data errors … or unanticipated costs[.]" Id. at 8. The Court ordered the parties to submit a report concerning the disbursement of the reserve fund within 134 days of the Court's July 14 Opinion and Order. Id. at 12. The Status Report addresses these disbursements.

A total of $13,658.59 was paid out of the reserve fund to six police officers. Doc. 138 at 1. Two of the errors related to confusion between a father and son's records, two were transcription or mathematical errors, and two were time errors made by officers deemed by counsel to be credible. Although only $10,000 was set aside as a reserve, the excess funds were paid from Plaintiffs' counsel's fee share. Id. As these disbursements were consistent with the settlement agreement and the Court's July 14 Opinion, the Court **APPROVES** the disbursement.

The Clerk is **REQUESTED** to electronically send a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
Date: December 30, 2014